465 A.2d 641

**MESTA MACHINE COMPANY, Appellant,**

v.

**BOROUGH OF WEST HOMESTEAD.**

Supreme Court of Pennsylvania.

Argued Sept. 15, 1983.

Decided Sept. 23, 1983.

Richard T. Wentley, E.W. Seifert, Anthony J. Basinski, Reed, Smith, Shaw & McClay, Pittsburgh, for appellant.

John J. Klein, Pittsburgh, for appellee.

Judd N. Poffinberger, John R. Dingess, Kirkpatrick, Lockhart, Johnson & Hutchison, Pittsburgh, for amicus curiae, Carlton House and Federated Dept. Stores, Inc.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Order of the Commonwealth Court, 68 Pa.Comwlth. 595, 449 A.2d 876, Affirmed. *See In Re: Appeal of Chartiers Valley School District,* 501 Pa. 620, 462 A.2d 673 (1983).